IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GEORGE A. COLBY, SR.,                       )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        Case No. 1:25-cv-769 (RDA/IDD)
                                            )
PHH MORTGAGE CORPORATION,                   )
                                            )
        Defendant.                          )

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal.  Dkt. 43.

Defendant has not answered or filed a motion for summary judgment.  *Id.*  Plaintiff voluntarily dismisses

the above action with prejudice against Defendant PHH Mortgage Corporation pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(i).  Accordingly, it is hereby ORDERED that the action is DISMISSED WITH

PREJUDICE; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the

ended causes and forward copies of this Order to counsel of record.

IT IS SO ORDERED.

Alexandria, Virginia
February 12, 2026

                                                    /s/
                                            _____
                                            Rossie D. Alston, Jr.
                                            United States District Judge